UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER PROSTITIS,<br><br>Plaintiff,<br><br>v.<br><br>RIVERSIDE SUPERIOR FAMILY LAW COURT et al.,<br><br>Defendants. | Case No. 5:20-cv-00026-SVW-KES<br><br>ORDER ACCEPTING FINAL REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Final Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. (Dkt. 10, 12.) Although Plaintiff's second set of objections was technically unauthorized, the Court nevertheless exercised its discretion to consider them. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

    IT IS THEREFORE ORDERED that Judgment be entered dismissing the First

Amended Complaint and this action without prejudice and without leave to amend.

DATED: November 3, 2020

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

2