JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER PROSTITIS, | Case No. 5:20-cv-00026-SVW-KES |
| Plaintiff, | |
| v. | **JUDGMENT** |
| RIVERSIDE  SUPERIOR  FAMILY LAW COURT, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting the Final Report and Recommendation of U.S. Magistrate Judge,

IT IS ADJUDGED that the First Amended Complaint and entire action is dismissed without prejudice and without leave to amend.

DATED:  November 3, 2020

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE